Schedule 1

**REID | COLLINS | TSAI LLP**
## Yann Geron, Chapter 7 Trustee,
### Pali Capital and Pali Holdings Expenses
As of August 31, 2013

| Type | Date | Account | Amount |
|---|---|---|---|
| Bill | 11/30/2012 | Research Costs | 292.64 |
| Bill | 01/24/2013 | Research Costs | 52.21 |
| Bill | 01/31/2013 | Research Costs | 6.06 |
| Bill | 02/20/2013 | Transportation | 4.50 |
| Bill | 02/28/2013 | Research Costs | 155.18 |
| General Journal | 03/31/2013 | Copy Services | 117.40 |
| General Journal | 03/31/2013 | Copy Services | 21.70 |
| Bill | 04/01/2013 | Postage and Courier Services | 110.00 |
| Bill | 04/01/2013 | Research Costs | 263.63 |
| Bill | 04/05/2013 | Meals and Entertainment | 80.00 |
| Bill | 04/30/2013 | Telephone Charges | 7.20 |
| Bill | 05/09/2013 | Research Costs | 116.36 |
| Bill | 05/30/2013 | Research Costs | 21.47 |
| General Journal | 07/01/2013 | Postage and Courier Services | 0.86 |
| Bill | 07/01/2013 | Telephone Charges | 21.51 |
| Bill | 07/11/2013 | Research Costs | 54.02 |
| Bill | 07/31/2013 | Telephone Charges | 11.51 |
| Bill | 07/31/2013 | Telephone Charges | 28.74 |
| Bill | 08/09/2013 | Postage and Courier Services | 16.90 |
| Bill | 08/09/2013 | Postage and Courier Services | 14.63 |
| Bill | 08/09/2013 | Postage and Courier Services | 9.88 |
| Bill | 08/20/2013 | Postage and Courier Services | 29.79 |
| Bill | 08/20/2013 | Postage and Courier Services | 9.93 |
| General Journal | 08/23/2013 | Copy Services | 44.30 |
| General Journal | 08/23/2013 | Copy Services | 214.70 |
| Bill | 08/30/2013 | Research Costs | 99.82 |
| Bill | 08/31/2013 | Research Costs | |
| | | | 1,804.94 |

*Benedetto, Gartland & Company, Inc.*
*1180 Avenue of the Americas, 16th Floor*
*New York, New York 10036*
*Telephone: 212.424.9700*
*Facsimile: 212.262.8708*



*Investment Bankers*

August 30, 2013

Ms. Angela J. Somers
Reid/Collins/Tsai LLP
One Penn Plaza, 49th Floor
New York, NY 10119

---

Meetings, preparations, document review and phone discussions:

Total of 24 hours:

|  |  |
|---|---|
| 8 hours @ $780 (1) | $6,240 |
| 5 hours @ $500 | 2,500 |
| 11 hours @ $400 | 4,400 |
| **TOTAL DUE** | **$  13,140** |

(1) Combined, discounted rate of Mr. Mobus and Mr. Rahn

**Please remit payment by check or via wire transfer to**:

| | |
|---|---|
| Bank Name: | JP Morgan Chase, New York, NY |
| ABA No.: | 021000021 |
| Swift Code: | CHASUS33 |
| For Benefit of: | Benedetto, Gartland Group, Inc. |
| Account No.: | 764231759 |

*Thank you for your prompt remittance.*