# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

PALI CAPITAL, INC.,

                Debtor.

-------------------------------------------------------X

Chapter 7

Cases No. 10-15393 (REG)

## ORDER AUTHORIZING THE RETENTION
## OF REID COLLINS & TSAI LLP, AS SPECIAL COUNSEL
## TO THE CHAPTER 7 TRUSTEE, AS OF DECEMBER 6, 2012

Upon the Application of Yann Geron (the "**Trustee**"), the chapter 7 trustee of the estate of Pali Capital, Inc. ("**Pali Capital**" or the "**Debtor**"), the above-captioned debtor, as and for his application (the "**Application**"), for an order, pursuant to 11 U.S.C. §§ 327 and 328, authorizing the Trustee's retention and employment of Reid Collins & Tsai LLP ("**RCT**") as special counsel herein, as of December 6, 2012, to pursue claims against former directors and officers of the Debtor as directed by the Trustee, and it appearing that RCT represents no interest adverse to the Trustee or the Debtor's estate in the matter for which it is to be engaged, and that its employment as special counsel is necessary and would be in the best interest of the estate, and no additional notice being required, it is hereby

**ORDERED**, that RCT be, and it is hereby retained as special litigation counsel to the Trustee as of December 6, 2012 in accordance with the Application and Letter of Engagement dated as of December 6, 2012 between the Trustee and RCT, and it is further

**ORDERED**, that RCT keep contemporaneous time records of services performed for the Debtor's estate in a manner consistent with the Bankruptcy Code and the United States Trustee's Guidelines, and it is further

**ORDERED**, that RCT apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules, orders of this Court, and the Guidelines promulgated by the United States Trustee.

Dated: New York, New York
*February 4, 2013*

               *s/ Robert E. Gerber*
    Honorable Robert E. Gerber
               United States Bankruptcy Court

**NO OBJECTION:**

*/s/ Michael Driscoll*
Michael Driscoll, Esq.
Office of the United States Trustee
January 29, 2013

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

PALI HOLDINGS, INC.,

                Debtor.

------------------------------------------------------X

Chapter 7

Cases No. 10-11727 (REG)

## ORDER AUTHORIZING THE RETENTION OF REID COLLINS & TSAI LLP, AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, AS OF DECEMBER 6, 2012

Upon the Application of Yann Geron (the "**Trustee**"), the chapter 7 trustee of the estate of Pali Holdings, Inc. ("**Pali Holdings**" or the "**Debtor**"), the above-captioned debtor, as and for his application (the "**Application**"), for an order, pursuant to 11 U.S.C. §§ 327 and 328, authorizing the Trustee's retention and employment of Reid Collins & Tsai LLP ("**RCT**") as special counsel herein, as of December 6, 2012, to pursue claims against former directors and officers of the Debtor as directed by the Trustee, and it appearing that RCT represents no interest adverse to the Trustee or the Debtor's estate in the matter for which it is to be engaged, and that its employment as special counsel is necessary and would be in the best interest of the estate, and no additional notice being required, it is hereby

**ORDERED**, that RCT be, and it is hereby retained as special litigation counsel to the Trustee as of December 6, 2012 in accordance with the Application and Letter of Engagement dated as of December 6, 2012 between the Trustee and RCT, and it is further

**ORDERED**, that RCT keep contemporaneous time records of services performed for the Debtor's estate in a manner consistent with the Bankruptcy Code and the United States Trustee's Guidelines, and it is further

NY1 624433v1 01/18/13

**ORDERED**, that RCT apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules, orders of this Court, and the Guidelines promulgated by the United States Trustee.

Dated: New York, New York
***February 4, 2013***

*s/ Robert E. Gerber*
Honorable Robert E. Gerber
United States Bankruptcy Court

**NO OBJECTION:**

*/s/ Michael Driscoll*
Michael Driscoll, Esq.
Office of the United States Trustee
January 29, 2013

2

NY1 624433v1 01/18/13