# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

PALI HOLDINGS, INC., and
PALI CAPITAL, INC.

                Debtors.

Chapter 7

Cases No.   10-11727 (REG)
                  10-15393 (REG)

---------------------------------------------------------X

YANN GERON, Chapter 7 Trustee of the
Estates of Pali Holdings, Inc. and Pali Capital,
Inc.,

                Plaintiff,

      - against –

RICHARD ABRAHAMS, RICHARD
ANTHONY, BRADLEY BERK, PETER
BORISH, BERT R. COHEN, JOHN
FEDDERS, KEVIN FISHER, GARY
FREEDMAN, TIMOTHY PARROTT,
BRADLEY REIFLER, JOSEPH SCHENK,
DAVID WASITOWSKI, RONALD
WEINSTEIN, and REIFLER CAPITAL
ADVISORS, INC.,

                Defendants.

Adv. Pro. Nos.   13-01178 (REG)
                      13-01179 (REG)

---------------------------------------------------------X

**SUMMARY OF EXPENSES IN CONNECTION WITH SECOND INTERIM APPLICATION OF FOX ROTHSCHILD LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, SEEKING ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES RELATING TO SERVICES RENDERED ON BEHALF OF SPECIAL LITIGATION COUNSEL TO BE PAID SOLELY FROM SPECIAL LITIGATION COUNSEL'S <u>CONTINGENCY FEE</u>**

| | |
|---|---:|
| RESEARCH | $0.00 |
| PACER | 12.60 |

ACTIVE 22453893 09/19/2013

| | |
|---|---:|
| TELEPHONE CHARGES | 0.00 |
| PUBLICATION/RESEARCH | 0.00 |
| PHOTOCOPIES (39 copies at $0.10 per page) | 3.90 |
| MESSENGER SERVICE/DELIVERY | 0.00 |
| TRAVEL EXPENSES | 0.00 |
| MEALS | 0.00 |
| MESSENGER SERVICE/FEDERAL EXPRESS | 0.00 |
| POSTAGE CHARGES | 15.14 |
| FACSIMILE CHARGES | <u>0.00</u> |
| **CURRENT EXPENSES** | **$31.64** |