# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

PALI HOLDINGS, INC., and
PALI CAPITAL, INC.

                        Debtors.

------------------------------------------------------X

YANN GERON, Chapter 7 Trustee of the
Estates of Pali Holdings, Inc. and Pali Capital,
Inc.,

                        Plaintiff,

- against –

RICHARD ABRAHAMS, RICHARD
ANTHONY, BRADLEY BERK, PETER
BORISH, BERT R. COHEN, JOHN
FEDDERS, KEVIN FISHER, GARY
FREEDMAN, TIMOTHY PARROTT,
BRADLEY REIFLER, JOSEPH SCHENK,
DAVID WASITOWSKI, RONALD
WEINSTEIN, and REIFLER CAPITAL
ADVISORS, INC.,

                        Defendants.

------------------------------------------------------X

Chapter 7

Cases No.  10-11727 (REG)
               10-15393 (REG)

Adv. Pro. Nos.  13-01178 (REG)
                     13-01179 (REG)

**CERTIFICATION OF FOX ROTHSCHILD LLP CONCERNING ITS
SECOND INTERIM FEE APPLICATION SEEKING ALLOWANCE OF FEES
AND REIMBURSEMENT OF EXPENSES RELATING TO SERVICES
RENDERED ON BEHALF OF SPECIAL LITIGATION COUNSEL TO BE
PAID SOLELY FROM SPECIAL LITIGATION COUNSEL'S
<u>CONTINGENCY FEE</u>**

Yann Geron, an attorney and partner of the law firm of Fox Rothschild LLP

("<u>Fox</u>"), general bankruptcy counsel to Yann Geron (the "<u>Trustee</u>"), as chapter 7 trustee of the

estates of Pali Capital, Inc. and Pali Holdings, Inc. (the "<u>Debtors</u>"), the above-captioned debtors,

ACTIVE 22453254v1 09/19/2013

as and for his Certification pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, and order of the Honorable Burton R. Lifland dated April 19, 1995 (the "Amended Guidelines"), in connection with Fox's application (the "Application") for a second interim allowance of compensation for services rendered and reimbursement of expenses for the period February 5, 2013 through August 31, 2013 limited solely to those services and expenses that Fox provided to the Trustee's special litigation counsel, Reid Collins & Tsai LLP ("RCT"), to assist RCT in connection with its pursuit of certain claims, pursuant to 11 U.S.C. §§ 330(a) and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedures, respectfully sets forth and certifies:

1. I am the professional designated by Fox with the responsibility in this particular case for compliance with the Amended Guidelines.

2. I have read the Application submitted herein. The statements contained in the Application and in the exhibits annexed thereto are true according to the best of my knowledge and belief.

3. To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought by Fox fall within the Amended Guidelines and the United States Trustee's guidelines, except as specifically noted in this certification and described in the Application.

4. In providing a reimbursable expense, Fox does not make a profit on that expense, whether the service is performed by Fox in-house or through a third party.

5. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any partner or associate of my firm has entered into any agreement, written or oral, express or implied, with Trustee, any creditor, or any other party in interest, or any attorney of such

person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors' estates.

6. In accordance with Section 504 of the Bankruptcy Code, except as otherwise disclosed in the Application, no agreement or understanding exists between me, my firm or any partner or associate thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me, or any partner or associate of my firm.

7. The Trustee has been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month. The professionals and paraprofessionals providing services on behalf of Applicant are:

| NAME OF PROFESSIONAL OR PARAPROFESSIONAL | TITLE | YEAR ADMITTED |
|---|---|---|
| M. Berns | Partner | 1978 |
| N. N. Santucci | Counsel | 2003 |
| O. G. Wright | Associate | 2009 |

8. The Trustee has been provided with a copy of the relevant fee application at least 21 days before the date set by the court for a hearing or any applicable rules for filing fee applications.

Signed under the penalty of perjury this 19th day of September, 2013.

_____
Yann Geron, Certifying Professional

ACTIVE 22453254v1 09/19/2013